## Louisville & Nashville Railroad Co. v. Grassman.

(Decided April 12, 1912.)

### Appeal From Henry Circuit Court.

Negligence—Proximate Cause—Concurrent Negligence of Fellow Servant.—Where the defendant is negligent and its negligence is the proximate cause of the injury there may be a recovery although there is concurrent negligence of a fellow servant.

MOODY & BARBOUR, JACK HARDING and BENJAMIN D. WARFIELD for appellant.

EDWARDS, OGDEN & PEAKE and C. H. SANFORD for appellee.

RESPONSE TO PETITION FOR REHEARING BY CHIEF JUSTICE HOBSON.

For opinion in this case see page 618, Vol. 147.

If appellee was injured by reason of appellant's negligence he may recover though his fellow servant was also negligent. It may be true that the baggage man shoved the trunk and that it would not have fallen off but for his shoving it but the jury had before them facts authorizing them to infer that appellant was negligent in starting the train prematurely and that this was the proximate cause of appellee's injury. We cannot say the verdict is palpably against the evidence.

Petition overruled.